CALVIN C. POPE v. JOHN M. JOYCE AND WIFE, HELEN J. JOYCE.

(Filed 3 May, 1961.)

APPEAL by defendants from *Pless, J.,* October, 1960 Term, HARNETT Superior Court.

Plaintiff instituted this civil action to recover for personal injury alleged to have been proximately caused by the negligence of Helen J. Joyce in the operation of a 1953 Chevrolet automobile owned by her husband, John W. Joyce, and maintained by him for family purposes. The accident occurred on the morning of March 28, 1958, at the intersection of South Layton Avenue and West Divine Street in the town of Dunn. The 1954 Buick driven south on South Layton Avenue by the plaintiff, and the Chevrolet driven east on Divine Street by Helen J. Joyce, collided in the intersection, resulting in injuries to both drivers. No traffic signs or signals regulate traffic at the intersection.

By their pleadings, each party claimed injuries and damage as the result of the other's actionable negligence. Evidence was offered and issues were submitted to the jury in accordance with the pleadings. The jury found for the plaintiff. From the judgment awarding damages as fixed by the jury, the defendants appealed, assigning as error the court's refusal to enter judgment of involuntary nonsuit against the plaintiff.

*Bryan & Bryan, Wilson & Bain, Quillin, Russ & Worth,* for plaintiff, appellee.

*Robert B. Morgan, Charlie L. Dean, Jr.,* for defendants, appellants.

SANITARY DISTRICT *v.* CANOY.

PER CURIAM. The evidence presented issues of negligence on the part of the defendant and contributory negligence on the part of the plaintiff, both of which were answered in favor of the plaintiff. The appellants did not include the court's charge in the case on appeal. The evidence supports the jury's findings, which become conclusive as to the facts. In the judgment, we find

No error.